PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

UNITED STATES OF AMERICA

v.            Case No.  A02-0081-CR (JDR)

RONALD DAVIS KIRK

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on December 3, 2005. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*/s/ Toni M. Ostanik*

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __12th__ day of __January__, 20__06__.

*/s/ John D. Roberts*

The Honorable John D. Roberts,
U.S. Magistrate Judge